RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 MAY 21 PM 3:46

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SIMON VIELMA,
Plaintiff,

v.

PORSCHE CARS NORTH AMERICA, INC.,
PORSCHE CENTER PUERTO RICO,
Defendants.

_____/

RECEIPT # 118249
AMOUNT: $405.00
MAY 21 2025
CASHIER'S SIGNATURE

25-cv-1277 (MAJ)

## COMPLAINT FOR BREACH OF WARRANTY
(Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301–2312)

### INTRODUCTION

1. This is an action for breach of warranty under the Magnuson-Moss Warranty Act arising from the prolonged and unresolved mechanical issues of a 2020 Porsche Taycan Turbo that has remained non-operational and in the custody of Porsche Center Puerto Rico for over 14 months.

### PARTIES

2. Plaintiff SIMON VIELMA is an individual residing outside of Puerto Rico and is the lessee of the vehicle at issue.

3. Defendant PORSCHE CARS NORTH AMERICA, INC. is a Delaware corporation with its principal place of business in Georgia. It is the warrantor of Porsche vehicles sold and serviced in the United States and its territories.

4. Defendant PORSCHE CENTER PUERTO RICO is an authorized repair facility and agent of Porsche Cars North America, Inc., located in San Juan, Puerto Rico.

### JURISDICTION AND VENUE

5. This Court has jurisdiction under 15 U.S.C. § 2310(d) and 28 U.S.C. § 1331 because the amount in controversy exceeds $50,000 and arises under federal law.

6. Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in Puerto Rico.

### FACTUAL ALLEGATIONS

7. Plaintiff purchased a 2020 Porsche Taycan Turbo in January 2022 from a used car dealer. The vehicle was covered under the original manufacturer's warranty issued by Porsche Cars North America.

8. In August 2022, Plaintiff began experiencing intermittent power and charging issues.

9. Prior to February 2024, Plaintiff had brought the vehicle to Porsche Center Puerto Rico on multiple occasions due to recurring electrical and operational issues. Despite these earlier visits, the problems persisted, and on or about February 20, 2024, Plaintiff returned the vehicle to the dealership, where it has remained continuously since that date.

10. For over 14 months, the vehicle has been out of service while Porsche Center Puerto Rico has attempted, and failed, to resolve the defects.

11. Numerous recalls and warranty service campaigns have been performed, but the car remains non-operational as of the date of this filing.

12. Plaintiff has continued to make monthly lease payments of approximately $2,186.40 to Banco Popular de Puerto Rico despite being deprived of the use and enjoyment of the vehicle.

13. For the first six months of this service period, Plaintiff was not provided a loaner vehicle.

14. The failure to repair the vehicle within a reasonable time constitutes a breach of warranty under the Magnuson-Moss Warranty Act.

15. Plaintiff has suffered damages in excess of $50,000, including lost use, lease payments, inconvenience, and diminished value.

**CAUSE OF ACTION**

(Breach of Warranty under Magnuson-Moss Warranty Act)

16. Plaintiff incorporates the allegations above as if fully set forth herein.

17. Defendants provided an express written warranty that covered the vehicle.

18. Defendants breached the warranty by failing to repair the defects within a reasonable time.

19. Plaintiff is entitled to damages, including costs, reasonable attorney's fees (if retained), and all other relief available under the Magnuson-Moss Warranty Act.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendants;

B. Award damages in an amount exceeding $50,000;

C. Award any additional damages, including consequential and incidental damages;

D. Award costs of suit and allowable fees; and

E. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

SIMON VIELMA
Pro Se Plaintiff
1483 SW 119th Ave
Pembroke Pines, FL, 33025
simon@vielma.com
+1-305-814-2372